**Order entered February 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00255-CV

### IN RE MARCEL L. WILLIAMS, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-42251-U**

### ORDER

Before Chief Justice Burns, Justice Osborne, and Justice Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE